AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**EASTERN DIVISION**

| | |
|---|---|
| ADA GOODWIN,<br>    Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| | ) **JUDGMENT** |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br>    Defendant. | ) **CASE NO. 4:12-CV-289-D**<br>)<br>) |

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that the Court adopts the Memorandum and Recommendation [D.E. 24]. Plaintiff's Motion for Judgment on the Pleadings [D.E. 19] is GRANTED, Defendant's Motion for Judgment on the Pleadings [D.E. 21] is DENIED, and the action is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g).

THE ABOVE JUDGMENT WAS ENTERED TODAY, **NOVEMBER 25, 2013,** WITH A COPY TO:

Susan M. O'Malley (via CM/ECF electronic notification)
Michael A. Haar (via CM/ECF electronic notification)

| | |
|---|---|
| <u>November 25, 2013</u><br>Date | JULIE A. RICHARDS, Clerk<br>Eastern District of North Carolina |
| | <u>/s/Debby Sawyer</u><br>(By) Deputy Clerk |
| Raleigh, North Carolina | |